E-FILED
Monday, 28 February, 2010  00:27:54 PM
Friday, 14 May, 2010  00:37:53 PM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| State of Illinois | ) | *Walker v. Wright, et al.,* |
| | ) | United States District Court, Central District |
| County of Knox | ) | Case No. 09-1177 |

### AFFIDAVIT

I, Stephen Wright, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I have been the Acting Warden of Operations at Hill Correctional Center since December of 2005.

2. Inmates at Hill Correctional Center have the option of a vegan meal to comply with their religious beliefs.

3. All efforts are made to provide vegan meals per the master menu and to ensure that the meals are properly served, nutritionally adequate and correct in caloric content and palatability.

4. Menus are subject to change, based on the availability of menu items.

5. Nutritionally equivalent items are substituted for items that may not be available at the time of the meal.

6. When an inmate transfers to Hill Correctional Center and informs the facility that he was previously on the vegan meal list, the inmate must be approved for a vegan diet at Hill Correctional Center. This process usually takes 2-3 weeks.

7. Inmates must be approved at each facility to ensure that they still hold the same religious beliefs that require a vegan diet, that they are in fact


DEFENDANT'S EXHIBIT C

entitled to a vegan diet and that they were in fact approved for a vegan diet at the previous facility.

8.    Many times the dietary department at Hill Correctional Center will informally place an inmate on the vegan diet list, while formal approval is pending.

9.    Vegan diets are more expensive than regular diets. In addition, items included in the vegan diet are desirable among the inmate population, the quantity of items served to vegans is greater, and can be traded and trafficked in the prison. Therefore, inmates are only given a vegan diet if they are entitled to that diet.  The approval process for all inmates transferred to Hill Correctional Center ensures that only those inmate entitled to the vegan diet receive it.

FURTHER AFFIANT SAYETH NOT.

s/Stephen Wright
Stephen Wright

SUBSCRIBED and SWORN to before me this 30th day of April, 2010.

s/Charlotte E. LaRose
Notary Public

"OFFICIAL SEAL"
CHARLOTTE E. LAROSE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-18-2013