E-FILED
Monday, 24 May, 2010 00:37:53 PM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| State of Illinois | ) | *Walker v. Wright, et al.,* |
| | ) | *United States District Court, Central District* |
| County of Knox | ) | Case No. 09-1177 |

## AFFIDAVIT

I, James Rundle, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.    I am the Dietary Manager at Hill Correctional Center.

2.    Inmates at Hill Correctional Center have the option of a vegan meal to comply with their religious beliefs.

3.    All efforts are made to provide vegan meals per the master menu and to ensure that the meals are properly served, nutritionally adequate and correct in caloric content and palatability.

4.    Vegan meals are prepared in the kitchen under the supervision of the kitchen Correctional Food Service Supervisor(s) and in accordance with Department rules and regulations.  Occasional substitutions of similar foods that meet necessary dietary restrictions are necessary due to product availability.

5.    Nutritionally equivalent items are substituted for items that may not be available at the time of the meal.

FURTHER AFFIANT SAYETH NOT.

s/James Rundle

_____
James Rundle

SUBSCRIBED and SWORN to

before me this 30 day of April, 2010.

s/Charlotte E. LaRose

_____
Notary Public

```
"OFFICIAL SEAL"
CHARLOTTE E. LAROSE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-16-2013
```



DEFENDANT'S
EXHIBIT
D



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## MEMORANDUM

DATE:           April 29, 2010

TO:             James Rundle
                Dietary Manager

FROM:           Manuel Rojas          *MR*
                Chaplain II

SUBJECT:        Vegan and Lacto-Ovo Dietary Participants Revised


Please be advised that the following inmates are participants in the Vegan and Lact-Ovo
Vegan Diets, which are permissible meals according to their religious faith.

Vegan Participants:

Walker J.        B52757          new



DEFENDANT'S
EXHIBIT
E

State of Illinois ) *Walker v. Wright, et al.,*
)  *United States District Court, Central District*
County of Sangamon )  Case No. 09-1177

## AFFIDAVIT

I, Suzann Griswold, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.    I am employed as the Food Service Administrator for the Illinois Department of Corrections. I have held the position of Food Service Administrator for the Department since August 16, 2002. I am a Licensed Dietitian Nutritionist by the State of Illinois. I am also a registered dietitian by the Commission on Dietetic Registration.

2.    Subject to administrative approval of the Chief State Procurement Officer for the Illinois Department of Corrections, my duties include, among other things, organizing, executing, controlling, and evaluating the operations of the food service operation statewide for the adult facilities of the Illinois Department of Corrections and for the juvenile facilities under the Department of Juvenile Justice. Specifically, my responsibilities include creating the master menu for general population inmates, as well as creating menus for therapeutic diets and vegan diets.

3.    A vegan diet is one in which a person does not consume any foods which come from animals or animal byproducts. Vegans cannot eat any meat, dairy products, eggs or any products made from or with any part of an animal. Therefore, vegan diets require meatless products, as well as alternatives for eggs and dairy products.

4.    The attached vegan menus were distributed to all adult facilities of the Department for use in 2007, 2008, 2009 and 2010. (Ex. G). Based on my experience and training, the attached vegan menus are designed to ensure that recipients receive a nutritionally adequate vegan diet that offers approximately 2300-2500 calories per day.

5.    Individual facilities order their food through the approved State procedure and must stay within their assigned food budget. The Food Service Managers at individual facilities are directed to serve the food items and portion sizes as indicated in the vegan menu. However,



DEFENDANT'S EXHIBIT
F

occasional substitutions of food items that meet necessary dietary restrictions may become necessary due to the unavailability of certain food items.

6.       Soy protein, which is low in fat and cholesterol, is a healthy alternative to meat, poultry, and other animal-based products.  Dozens of controlled clinical studies show that foods rich in soy protein can have considerable value to heart health.  According to the Food and Drug Administration, all foods—including soy—are complex collections of chemicals that can be beneficial for many people in many situations, but can be harmful to some people when used inappropriately.  I am not aware of any specific research studies regarding dangers of soy consumption and particular health issues associated with over-consumption of soy.


FURTHER AFFIANT SAYETH NOT.
s/Suzann Griswold

Suzann Griswold


SUBSCRIBED and SWORN to
before me this ___ day of _May_, 2010.

s/Lisa D. Weitekamp

Notary Public

OFFICIAL SEAL
LISA D. WEITEKAMP
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-5-2013

ILLINOIS DEPARTMENT OF CORRECTIONS
FOOD SERVICES

# VEGAN MENU

WEEK 1
MENU
FISCAL YEAR 2010

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 cth-100% JUICE<br>2bz/2oz COLD CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARG/SWEETNER<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>2bz/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY/SWEETNER<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOYMILK |
| **LUNCH** | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>1/2c. SEAS. SOY CRUMBLES And TOMATOES<br>3/4c. MASHED POTATOES<br>3/4c. PEAS<br>1/2c. CANNED FRUIT<br>1 ea. BISCUIT<br>1/2c. OR 1ea. FRUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>1 1/2C. VEGETARIAN BAKED BEANS<br>3/4c. MIXED VEGETABLES<br>1/2c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 oz. CHOPPED ONION<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>1ea. SOY BURGER<br>3/4c. FRESH POTATO<br>3/4c. STEWED TOMATOES<br>1C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. CATSUP/MUSTARD<br>3 ea. PICKLE SLICES<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>3/4c. VEGETABLE SAUCE with 3/4c. SPAGHETTI<br>3/4c. GREEN BEANS<br>1C. LETTUCE SALAD<br>1 ea. DRESSING<br>4 oz. CANNED FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>1 1/2C. RED BEANS & RICE WI 10 oz. MIXED GREENS<br>3/4c. CARROTS<br>3/4C. BROCCOLI<br>1C. LETTUCE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>3 oz. SEAS. SOY CRUMBLES WI/ 10 oz. MACARONI<br>3/4c. CARROTS<br>3/4C. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br><br>3 oz. SEAS. SOY CRUMBLES WI/ 10 oz POTATOES<br>3/4C. FLORENTINE BLEND<br>3/4c. APPLESAUCE<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |
| **DINNER** | 3 oz. SOY with 1C MACARONI And TOMATOES<br>3/4C. GREEN BEANS<br>3/4c. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. SOY in 10 oz. VEGETABLE CHILI<br>3/4C. CORN<br>3/4c. BROCCOLI<br>3/4C. HASH BROWNS POTATOES<br>3 pkg. CRACKERS<br>1/2c. OR 1ea. FRUIT<br>1 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4c. VEGETABLE SAUCE with 3/4c. SPAGHETTI<br>3/4c. GREEN BEANS<br>1C. LETTUCE SALAD<br>1 ea. DRESSING<br>4 oz. CANNED FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3oz. SOY BBQ<br>1 lg. BAKED POTATO<br>3/4C. BRAISED CABBAGE<br>1C. LETTUCE SALAD<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>1/2c. PINEAPPLE<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES WI/ 10 oz POTATOES<br>3/4c. CARROTS<br>3/4C. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2C. WHITE BEANS<br>3/4c. CORN<br>3/4C. BEETS 'N ONIONS<br>1C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>2 ea. FLOUR TORT SHELLS<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3 oz. SOY BURGER<br>3/4C. HASHBROWNS<br>3/4C. CARROTS<br>1C. LETTUCE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD, LD/N
Bonnie Sullivan, RD, LD/N


DEFENDANT'S EXHIBIT
G

WEEK 2
MENU
FISCAL YEAR 2010

ILLINOIS DEPARTMENT OF CORRECTIONS
FOOD SERVICES

# VEGAN MENU

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 dtn-100% JUICE<br>2oz/2oz COLD CEREAL<br>1 ea. BISCUIT<br>1 ea. JELLY<br>2 ea. MARG/SWEETNER<br>16 oz. SOYMILK | 2 dtn-100% JUICE<br>2oz/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY/SWEETNER<br>16 oz. SOYMILK | 2 dtn-100% JUICE<br>1 1/2c. S&B HOT CEREAL<br>1/2c. SEAS SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 dtn-100% JUICE<br>2oz/2oz COLD CEREAL<br>1 oz. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 dtn-100% JUICE<br>1 1/2c. S&B HOT CEREAL<br>1 oz. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 2 dtn-100% JUICE<br>2oz/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY/SWEETNER<br>16 oz. SOY MILK | 2 dtn-100% JUICE<br>1 1/2c. HOT CEREAL<br>1 ea. BISCUIT<br>1 oz. PEANUT BUTTER<br>2 ea. JELLY<br>16 oz. SOY MILK |
| **LUNCH** | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1 1/2c. RED BEANS & RICE<br>3/4c. MIXED GREENS<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1 ea. SOY BURGER<br>1 large BAKED POTATO<br>1/2c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. PINEAPPLE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1/2c. TACO SEAS SOY CRUMBLES<br>3/4c. SEAS. PINTO BEANS<br>1/2c. CORN<br>1 pc. SHREDDED LETTUCE<br>1/4c. SALSA<br>1/2c. CANNED FRUIT<br>2/3 ea. FLOUR OR CORN SHELL<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1/2c. SEAS. SOY CRUMBLES<br>3/4c. MASHED POTATOES<br>3/4c. BROCCOLI<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1 ea. SOY BURGER<br>3/4c. HASH BROWN POTATOES<br>3/4c. STEWED TOMATOES<br>1/2c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1/2c. SOY SLOPPY JOE<br>3/4c. HASH BROWN POTATOES<br>3/4c. PEAS & CARROTS<br>1/2c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU<br>1 ea. SOY BURGER<br>3/4c. POTATO ROUNDS<br>3/4c. MIXED VEGETABLES<br>1/2c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>3/4 ea. CATSUP/MUSTARD<br>3 ea. PICKLES<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |
| **DINNER** | 3 oz. SEAS. SOY CRUMBLES & RICE<br>3/4c. BRAISED CABBAGE<br>1/2c. CANNED FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4c. SPAGHETTI with 3/4c.<br>VEGETABLE SAUCE<br>3/4c. GREEN BEANS<br>1/2c. FRESH VEGETABLES<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4c. VEGETABLE STIR-FRY<br>3/4c. RICE<br>1/2c. FLORENTINE VEGS.<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. PINEAPPLE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE CHILI with<br>3/4c. RICE<br>3/4c. CARROTS<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1/2c. CORN<br>1/2c. PINEAPPLE<br>2 pkg. CRACKERS<br>1/2c. CATSUP<br>2 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. WHITE BEANS<br>3/4c. FRENCH FRIES OR<br>MACARONI<br>1/2c. CORN<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1/2c. PINEAPPLE<br>2 pkg. CRACKERS<br>2 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2c. TOMATO and ONION<br>With 1 C. MACARONI<br>3/4c. PEAS<br>3/4c. CARROTS<br>4 oz. APPLESAUCE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES<br>3/4c. BUTTERED RICE<br>3/4c. BROCCOLI<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1 ea. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD/LDN
Bonnie Sullivan RD, LD/N

ILLINOIS DEPARTMENT OF CORRECTIONS
FOOD SERVICES

## MENU
FISCAL YEAR 2010

### VEGAN MENU

WEEK 3

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 ea. dth-100% JUICE<br>2oz/2oz COLD CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARG/SWEETNER<br>16 oz. SOYMILK | 2 ea. dth-100% JUICE<br>2oz/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY/SWEETNER<br>16 oz. SOYMILK | 2 ea. dth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 ea. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 ea. dth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2C. SEAS, SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 ea. dth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 ea. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 2 ea. -100% JUICE<br>1 1/2C. HOT CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY/SWEETNER<br>16 oz. SOY MILK | 2 ea. dth-100% JUICE<br>1 1/2 oz. HOT CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOY MILK |
| **LUNCH** | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU |
| | 3/4C. CABBAGE SALAD<br>1/2C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 ea. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. CABBAGE SALAD<br>1 C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. CABBAGE SALAD<br>1 C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>3 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 oz. LETTUCE<br>1/4C. SALSA<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |
| **DINNER** | 4 oz. SEAS. SOY CRUMBLES<br>With 1c. MACARONI<br>3/4C. CARROTS<br>1/2C. CABBAGE SALAD<br>1 C. DRESSING | 1 ea. SOY BURGER<br>3/4c. BUTTERED PASTA<br>3/4C. BROCCOLI<br>1/2C. LETTUCE SALAD<br>1 ea. DRESSING | 3/4C. SPAGHETTI with<br>3/4c. VEGETABLE SAUCE<br>3/4C. GREEN BEANS<br>1/2C. LETTUCE SALAD<br>1 ea. DRESSING | 1 1/2c. VEGETABLE STEW<br>3/4C. RICE<br>1 c. LETTUCE SALAD<br>1 ea. DRESSING | 1 ea. SOY BURGER<br>3/4C. BAKED BEANS<br>3/4c. FRENCH FRIES<br>3/4C. CARROTS<br>1/2C. CABBAGE SALAD | 3/4c. SPAGHETTI with 3/4c.<br>VEGETABLE SAUCE<br>3/4C. GREEN BEANS<br>1/2C. CABBAGE SALAD | 3 oz. SOY CRUMBLES<br>3/4C. REFRIED BEANS<br>3/4C. CORN<br>1 oz. ONIONS |
| | 1/2C. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 ea. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 C. LETTUCE<br>1/2C. OR 1ea. FRUIT<br>3 ea. TACO SHELLS<br>1 ea. BISCUIT<br>3/1 ea. CATSUP/MUSTARD<br>8 oz. BEVERAGE |
| | | 1/2C. WHITE BEANS<br>1 med. BAKED POTATO<br>3/4C. FLORENTINE VEGS.<br>1 C. LETTUCE SALAD<br>1/2C. DRESSING<br>1 ea. APPLESAUCE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 ea. SOY BURGER<br>3/4c. FRIED POTATOES<br>1 C. ZESTY TOMATOES<br>1/2C. CABBAGE SALAD<br>2ea. FRESH FRUIT<br>1 pc. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES<br>3/4c. BLACK EYED PEAS<br>1C. BROCCOLI<br>1/2C. PINEAPPLE<br>2ea. MARGARINE<br>1 ea. BISCUIT<br>8 oz. BEVERAGE | 1 1/2c. WHITE BEANS<br>3/4c. HASHBROWNS<br>3/4C. MIXED VEGETABLES<br>1/2C. APPLESAUCE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4oz. SOY SLOPPY JOE<br>1 large BAKED POTATO<br>3/4C. GREEN BEANS<br>1 C. LETTUCE SALAD<br>1/2C. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1ea. SOY BURGER<br>3/4C. POTATO ROUNDS<br>3/4C. MIXED VEGETABLES<br>1 ea. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD/LDN
Bonnie Sullivan, RD, LD/N

ILLINOIS DEPARTMENT OF CORRECTIONS
FOOD SERVICES

# VEGAN MENU

WEEK 4
MENU
FISCAL YEAR 2010

## BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 2 dh-100% JUICE | 2 dh-100% JUICE | 2 dh-100% JUICE | 2 dh-100% JUICE | 2 dh-100% JUICE | 2 dh-100% JUICE | 2 dh-100% JUICE |
| | 1 1/2C. S&B HOT CEREAL | 2oz/2oz COLD CEREAL | 1 1/2C. S&B HOT CEREAL | 1 1/2C. S&B HOT CEREAL | 1 1/2C. S&B HOT CEREAL | 2oz/2oz COLD CEREAL | 1 1/2C. S&B HOT CEREAL |
| | 1 ea. BISCUIT | 1 oz. PEANUT BUTTER | 1 ea. SOY SAUSAGE | 1 ea. SEAS SOY CRUMBLES | 1 ea. SOY SAUSAGE | 1 oz. PEANUT BUTTER | 1 ea. BISCUIT |
| | 2 ea. JELLY | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 2 ea. JELLY |
| | 2 ea. MARG/SWEETENER | 2 ea. JELLY/SWEETENER | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY/SWEETENER | 2 ea. MARGARINE |
| | 16 oz. SOYMILK | 16 oz. SOYMILK | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | 16 oz. SOY MILK | 2 ea. JELLY |
| | | | 16 oz. SOYMILK | 16 oz. SOYMILK | 16 oz. SOYMILK | | 16 oz. SOY MILK |
| LACTO OVO | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |

## DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 1 ea. SOY PATTY | 1 1/2c. VEGETABLE STEW | 1 1/2c. VEGETABLE FRIED RICE | 1 1/2c. RED BEANS & RICE | 1 1/2c. SPAGHETTI | 1 ea. SOY BURGER | 1 1/2c. VEGETABLE GOULASH |
| | 3/4c. MASHED POTATOES | 1/2c. GREEN BEANS | 3/4c. FLORENTINE BLEND | 1/2c. MIXED GREENS | 3/4c. VEGETABLE SAUCE | 3/4c. BAKED POTATO | 3/4c. CARROTS |
| | 3/4c. PEAS | 3/4c. LETTUCE | 1 C. LETTUCE | 1/2c. CABBAGE SALAD | 3/4c. GREEN BEANS | 3/4c. CORN | 1 C. LETTUCE SALAD |
| | 1 C. LETTUCE | 1 C. DRESSING | 1 ea. DRESSING | 1 C. DRESSING | 1/2c. LETTUCE SALAD | 1/2c. OR 1ea. FRUIT | 1 C. DRESSING |
| | 1 ea. DRESSING | 1/2c. OR 1ea. FRUIT | 1 ea. FRESH FRUIT | 4 oz. APPLESAUCE | 1 ea. DRESSING | 1 ea. BISCUIT | 1/2c. OR 1ea. FRUIT |
| | 1 ea. FRESH FRUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1/2c. OR 1ea. FRUIT | 1/2c. OR 1ea. FRUIT | 2 ea. MARGARINE | 1 ea. BISCUIT |
| | 1 pc. BISCUIT | 2 ea. MARGARINE | 2 ea. MARGARINE | 1 ea. BISCUIT | 1 ea. BISCUIT | 8 oz. BEVERAGE | 2 ea. MARGARINE |
| | 1 ea. MARGARINE | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 2 ea. MARGARINE | 2 ea. MARGARINE | | 8 oz. BEVERAGE |
| | 8 oz. BEVERAGE | | | 8 oz. BEVERAGE | 8 oz. BEVERAGE | | |

## DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 3oz. SEAS SOY with | 4 oz. TACO SEAS SOY CRUMBLES | 1 ea. SOY BURGER | 1 1/2c. VEGETABLE SOUP | 1 1/2c. WHITE BEANS | 4 oz. SEAS SOY CRUMBLES With 1 C POTATOES | 1 C. SPAGHETTI with 3/4C. SOY-VEGETABLE SAUCE |
| | 10oz. MACARONI | 3/4c. MEXICAN RICE | 3/4c. FRENCH FRIES | 1 ea. SOY BURGER | 3/4c. BROCCOLI | 1 C. CABBAGE SALAD | 3/4c. FLORENTINE BLEND |
| | 1 oz. POTATO CHIPS | 3/4c. CORN | 3/4c. CARROTS | 1 C. LETTUCE SALAD | 1 C. CABBAGE SALAD | 3/4c. DRESSING | 1 C. LETTUCE SALAD |
| | 4 oz. CABBAGE SALAD | 1/2c. SHREDDED LETTUCE | 1/2c. OR 1ea. FRUIT | 1 ea. DRESSING | 3/4c. DRESSING | 1 C. APPLESAUCE | 1 C. DRESSING |
| | 1 C. DRESSING | 1/4c. SALSA | 3 ea. PICKLES | 1/2c. OR 1ea. FRUIT | 1/2c. PINEAPPLE | 4 oz. APPLESAUCE | 1/2c. OR 1ea. FRUIT |
| | 1/2C. CANNED FRUIT | 3/1 ea. FRUIT | 8 oz. CATSUP/MUSTARD | 3pkg. CRACKERS | 1 ea. BISCUIT | 1/2c. BISCUIT | 1 ea. BISCUIT |
| | 1 ea. BISCUIT | 1/2c. OR 1ea. FRUIT | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE |
| | 2 ea. MARGARINE | 2/3 ea. FLOUR OR CORN SHELL | | | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 8 oz. BEVERAGE |
| | 8 oz. BEVERAGE | 8 oz. BEVERAGE | | | | | |

Menu is subject to change.

Suzann Griswold, RD/LDN
Bonnie Sullivan, RD, LD/N

**WEEK 5**
**MENU**
**FISCAL YEAR 2010**

## ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

### BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 2 dm-100% JUICE | 2 dm-100% JUICE | 2 dm-100% JUICE | 2 dm-100% JUICE | 2 dm-100% JUICE | 2 dm-100% JUICE | 2 dm-100% JUICE |
| | 2oz/2oz. COLD CEREAL | 2oz/2oz. COLD CEREAL | 1 1/2C. S&B HOT CEREAL | 1 1/2C. S&B HOT CEREAL | 1 1/2C. S&B HOT CEREAL | 2oz/2oz. COLD CEREAL | 1 1/2C. HOT CEREAL |
| | 1 ea. BISCUIT | 1 oz. PEANUT BUTTER | 1 ea. SOY SAUSAGE | 1/2C. SEAS. SOY CRUMBLES | 1 ea. SOY SAUSAGE | 1 oz. PEANUT BUTTER | 1 ea. BISCUIT |
| | 2 ea. JELLY | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. PEANUT BUTTER |
| | 2 ea. MARG/ SWEETENER | 2 ea. JELLY/ SWEETENER | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY/ SWEETENER | 2 ea. JELLY |
| | 16 oz. SOYMILK | 16 oz. SOYMILK | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | 16 oz. SOY MILK | 16 oz. SOY MILK |
| | | | 16 oz. SOYMILK | 16 oz. SOYMILK | 16 oz. SOY MILK | | |

### LUNCH

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| LACTO OVO | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| | 1 1/2c. RED BEANS AND RICE | 1/2C. SOY SLOPPY JOE | 1 1/2c. VEGETABLE CHILI | 1 ea. SOY BURGER | 1 ea. SOY BURGER | 3 oz. SEAS. SOY CRUMBLES WITH 1c. MACARONI | 1 1/2C. VEGETABLE SOUP |
| | 3/4C. GREEN BEANS | 3/4 C. FRENCH FRIES | 3/4C. RICE | 3/4C. TATER ROUNDS | 3/4C. FRENCH FRIES | 3/4C. RICE | 1 ea. SOY BURGER |
| | 1/2C. APPLESAUCE | 1/2C. LETTUCE SALAD | 1/2C. CORN | 3/4C. MIXED VEGETABLES | 3/4C. PEAS & CARROTS | 3/4C. CABBAGE SALAD | 1 C. LETTUCE |
| | 1 pc. BISCUIT | 1 ea. DRESSING | 1 C. LETTUCE | 1/2C. PINEAPPLE | 1/2C. OR 1 ea. FRUIT | 1 C. DRESSING | 1 ea. DRESSING |
| | 1 ea. MARGARINE | 1 pc. FRESH FRUIT | 1/2C. SALSA | 1 ea. BISCUIT | 1 ea. BISCUIT | 1/2C. OR 1 ea. FRUIT | 1 pc. FRESH FRUIT |
| | 8 oz. BEVERAGE | 1/2C. OR 1 ea. FRUIT | 1/2C. OR 1 ea. FRUIT | 2 ea. MARGARINE | 1/2C. CATSUP/MUSTARD | 1 ea. BISCUIT | 3 pkg. CRACKERS |
| | | 1 ea. CATSUP | 3 pkg. CRACKERS | 8 oz. BEVERAGE | 3 3a. PICKLE SLICES | 2 ea. MARGARINE | 1 ea. BISCUIT |
| | | 1 ea. BISCUIT | 2 ea. BISCUIT | | 2 ea. MARGARINE | 8 oz. BEVERAGE | 2 ea. MARGARINE |
| | | 1 ea. MARGARINE | 1 ea. MARGARINE | | 8 oz. BEVERAGE | | 8 oz. BEVERAGE |
| | | 8 oz. BEVERAGE | 8 oz. BEVERAGE | | | | |

### DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| LACTO OVO | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| | 3oz. SEAS. SOY with 1c. AND TOMATOES | 1 1/2c. WHITE BEANS | 1 1/2C. SEAS. SOY CRUMBLES | 1 1/2C. VEGETABLE GOULASH | 1 1/2c. VEGETABLE STEW | 1 1/2C. SPAGHETTI WITH VEGETABLE SAUCE | 1 1/2C. RED BEANS AND RICE |
| | 3/4C. PEAS | 3/4C. CARROTS | 3/4C. MASHED POTATOES | 3/4C. CORN | 3/4C. RICE | 3/4C. BROCCOLI | 3/4C. FLORENTINE BLEND |
| | 3/4C. BEETS & ONIONS | 1/2C. CABBAGE SALAD | 3/4C. CARROT STICKS | 1 C. LETTUCE SALAD | 3/4C. CABBAGE SALAD | 3/4C. GREEN BEANS | 1/2C. OR 1 ea. FRUIT |
| | 1/2C. OR 1 ea. FRUIT | 3 ea. CARROT STICKS | 3/4C. MIXED GREENS | 1 ea. DRESSING | 1 C. LETTUCE SALAD | 1 C. LETTUCE SALAD | 1 ea. BISCUIT |
| | 1 ea. BISCUIT | 3/4C. MIXED GREENS | 1/2C. OR 1 ea. FRUIT | 1/2C. OR 1 ea. FRUIT | 1/2C. DRESSING | 1 ea. DRESSING | 2 ea. MARGARINE |
| | 2 ea. MARGARINE | 1/2C. OR 1 ea. FRUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1/2C. OR 1 ea. FRUIT | 1/2C. OR 1 ea. FRUIT | 8 oz. BEVERAGE |
| | 8 oz. BEVERAGE | 1 ea. BISCUIT | 2 ea. MARGARINE | 2ea. JELLY/ MARGARINE | 1 ea. BISCUIT | 1 ea. BISCUIT | |
| | | 2 ea. MARGARINE | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 2 ea. MARGARINE | 2 ea. MARGARINE | |
| | | 8 oz. BEVERAGE | | | 8 oz. BEVERAGE | 8 oz. BEVERAGE | |

Menu is subject to change.

Suzann Griswold, RD/LDN

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 1
MENU
FISCAL YEAR 2009

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 ctn -100% JUICE; 1 1/2C. S&B HOT CEREAL; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOYMILK | 2 ctn-100% JUICE; 2oz/2oz COLD CEREAL; 1 oz. PEANUT BUTTER; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOYMILK | 2 ctn-100% JUICE; 1 1/2C. S&B HOT CEREAL; 1 oz. SOY SAUSAGE; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOYMILK | 2 ctn -100% JUICE; 1 1/2C. S&B HOT CEREAL; 1/2c. SEAS SOY CRUMBLES; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOYMILK | 2 ctn- 100% JUICE; 1 1/2C. S&B HOT CEREAL; 1 oz. SOY SAUSAGE; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 2 ctn -100% JUICE; 2oz/2oz COLD CEREAL; 1 ea. BISCUIT; 1 C. SOY GRAVY; 2 ea. JELLY; 16 oz. SOY MILK | 2 ctn- 100% JUICE; 2oz/2oz COLD CEREAL; 1 ea. BISCUIT; 1 C. APPLESAUCE; 2 ea. JELLY; 16 oz. SOY MILK |
| **LUNCH** | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| **DINNER** | 1/2c. SEAS. SOY CRUMBLES; 3/4c. MASHED POTATOES; 3/4c. PEAS; 1/2c. APPLESAUCE; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 3 oz. SOY with 1C MACARONI And TOMATOES; 3/4C. GREEN BEANS; 1 1/2c. VEGETARIAN BAKED BEANS; 3/4c. MIXED VEGETABLES; 3/4c. CABBAGE SALAD; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 1/2c. OR 1ea. FRUIT; 1 oz. CHOPPED ONION; 1 ea. BISCUIT; 8 oz. BEVERAGE | 1 ea. SOY BURGER; 3/4c. FRESH POTATO; 3/4c. BROCCOLI; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 1/2c. OR 1 ea. FRUIT; 1 ea. CATSUP/MUSTARD; 3 ea. PICKLE SLICES; 1 ea. BISCUIT; 8 oz. BEVERAGE | 3/4c. VEGETABLE SAUCE with 3/4c. SPAGHETTI; 3/4c. ITAL VEGETABLES; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 4 oz. APPLESAUCE; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 1 1/2c. RED BEANS & RICE; 3/4c. MIXED GREENS; 1 C. LETTUCE; 1 ea. DRESSING; 1/2c. OR 1 ea. FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES W/ 10 oz. MACARONI; 3/4c. PEAS & CARROTS; 3/4c. CABBAGE SALAD; 1 ea. DRESSING; 1 ea. FRESH FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES W/ 10 oz. POTATOES; 3/4c. FLORENTINE BLEND; 1/2c. APPLESAUCE; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE |
| **DINNER (alt.)** | | 3 oz. SOY in 10 oz. VEGETABLE CHILI; 3/4C. LETTUCE SALAD; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 3 pkg. CRACKERS; 1/2c. OR 1ea. FRUIT; 1 ea. BISCUIT; 1 ea. MARGARINE; 8 oz. BEVERAGE | 1/2C. each LIMAS, RED BEANS & CORN with ONION; 3/4C. DICED TOMATOES; 3/4C. HASH BROWNS POTATOES; 1 ea. BISCUIT; 1 ea. FRESH FRUIT; 8 oz. BEVERAGE | 3/4c. BBQ SOY; 1 lg. BAKED POTATO; 3/4c. BRAISED CABBAGE; 1/2c. OR 1ea. FRUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES; 3/4C. BUTTERED ROTINI; 3/4C. GREEN BEANS; 3/4C. DICED TOMATOES; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 1/2c. PINEAPPLE; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 1 1/2C. WHITE BEANS; 3/4C. CORN; 3/4C. BEETS 'N ONIONS; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 1/2c. OR 1ea. FRUIT; 2 ea. FLOUR TORT SHELLS; 8 oz. BEVERAGE | 1 ea. SOY BURGER; 3/4C. HASHBROWNS; 3/4C. CARROTS; 1 C. LETTUCE; 1 ea. DRESSING; 1/2c. OR 1ea. FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD, LD/N
Bonnie Sullivan, RD, LD/N

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 2
MENU
FISCAL YEAR 2009

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOY MILK | 2 cth-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 C. SOY GRAVY<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOY MILK | 2 cth-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 C. SOY GRAVY<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. BEVERAGE |
| **LUNCH** | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1 1/2C. RED BEANS & RICE<br>3/4c. MIXED GREENS<br>1 C. LETTUCE SALAD<br>1/2C. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1 ea. SOY BURGER<br>1 large. BAKED POTATO<br>1/2C. CABBAGE SALAD<br>1 C. LETTUCE SALAD<br>1/2C. DRESSING<br>1/2C. PINEAPPLE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1/2c. TACO SEAS SOY CRUMBLES<br>3/4c. CORN<br>3/4c. SEAS. PINTO BEANS<br>1 C. SHREDDED LETTUCE<br>1/4c. SALSA<br>1/2c. APPLESAUCE<br>2/3 ea. FLOUR OR CORN SHELL<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1/2c. SEAS. SOY CRUMBLES<br>3/4c. MASHED POTATOES<br>3/4c. PEAS<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1 ea. SOY BURGER<br>1 large. BAKED POTATO<br>3/4c. STEWED TOMATOES<br>3/4c. CABBAGE SALAD<br>1/2C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1/2c. SOY SLOPPY JOE<br>3/4c. HASH BROWN POTATOES<br>3/4c. PEAS & CARROTS<br>1/2C. CABBAGE SALAD<br>1/2C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU<br>1 ea. SOY BURGER<br>3/4c. POTATO ROUNDS<br>3/4c. MIXED VEGETABLES<br>3/4c. CABBAGE SALAD<br>1/2C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |
| **DINNER** | 3 oz. SEAS. SOY CRUMBLES With tc. RICE<br>3/4c. HASH BROWN POTATOES<br>3/4c. BRAISED CABBAGE<br>JELLO/WHIPPED TOPPING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4c. SPAGHETTI with 3/4c. VEGETABLE SAUCE<br>3/4c. GREEN BEANS<br>1/2 C. FRESH VEGETABLES<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4c. VEGETABLE STIR-FRY<br>3/4c. RICE<br>1/2C. FLORENTINE VEGS.<br>1 C. LETTUCE SALAD<br>1/2C. DRESSING<br>1/2C. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE CHILI<br>3/4c. FRENCH FRIES<br>1/2C. CORN<br>1/2C. OR 1ea. FRUIT<br>2 pkg. CRACKERS<br>2 ea. CATSUP<br>8 oz. BEVERAGE | 1 1/2c. WHITE BEANS<br>3/4c. PASTA SALAD<br>3/4c. CARROTS<br>4 oz. APPLESAUCE<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. TOMATO and ONION With MACARONI<br>3/4c. ITALIAN VEGETABLES<br>4 oz. APPLESAUCE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES<br>3/4c. BUTTERED RICE<br>3/4c. BROCCOLI<br>1 ea. FRESH FRUIT<br>3/1 ea. CATSUP/MUSTARD<br>3 ea. PICKLES<br>8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD/LDN
Bonnie Sullivan RD, LD/N

WEEK 3
MENU
FISCAL YEAR 2009

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

### BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 2 cth -100% JUICE | 2 cth-100% JUICE | 2 cth-100% JUICE | 2 cth-100% JUICE | 2 cth-100% JUICE | 2 cth-100% JUICE | 2 cth-100% JUICE |
| | 1 1/2c. S&B HOT CEREAL | 20z/2oz COLD CEREAL | 1 1/2c. S&B HOT CEREAL | 1 1/2c. S&B HOT CEREAL | 1 1/2c. S&B HOT CEREAL | 20z/2oz COLD CEREAL | 20z/2oz COLD CEREAL |
| | 1 oz. PEANUT BUTTER | 1 oz. PEANUT BUTTER | 1/2c. SEAS. SOY CRUMBLES | 1/2c. SEAS. SOY CRUMBLES | 1/2c. SOY SAUSAGE | 1 oz. PEANUT BUTTER | 1C. SOY GRAVY |
| | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT |
| | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY |
| | 16 oz. SOYMILK | 16 oz. SOYMILK | 16 oz. SOYMILK | 16 oz. SOYMILK | 16 oz. SOY MILK | 16 oz. SOY MILK | 16 oz. SOY MILK |

### LUNCH

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| | 4 oz. SEAS. SOY CRUMBLES with 1c. MACARONI | 1ea. SOY BURGER | 3/4C. SPAGHETTI with 3/4C. VEGETABLE SAUCE | 1 1/2c. VEGETABLE STEW | 1ea. SOY BURGER | 3/4c. SPAGHETTI with 3/4c. VEGETABLE SAUCE | 1ea. SOY BURGER |
| | 3/4C. CARROTS | 3/4c. PASTA SALAD | 3/4C. ITALIAN VEGETABLES | 3/4C. RICE | 3/4C. PEAS & CARROTS | 3/4C. GREEN BEANS | %C. REFRIED BEANS |
| | 1/2C. CABBAGE SALAD | 3/4C. BROCCOLI | 1C. LETTUCE SALAD | 1c. LETTUCE SALAD | 1C. LETTUCE SALAD | 1/2C. CABBAGE SALAD | 3/4C. CORN |
| | 1 ea. DRESSING | 1/2C. CABBAGE SALAD | 1 ea. DRESSING | 1C. DRESSING | 1 ea. DRESSING | 1 ea. DRESSING | 1/4C. SALSA |
| | 1/2c. OR 1ea. FRUIT | 1 ea. DRESSING | 1/2c. OR 1ea. FRUIT | 1/2c. OR 1ea. FRUIT | 1/2c. OR 1ea. FRUIT | 1/2c. OR 1ea. FRUIT | 1/2c. DRESSING |
| | 1 ea. BISCUIT | 1/2c. OR 1ea. FRUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1/2c. OR 1ea. FRUIT |
| | 2 ea. MARGARINE | 1 ea. BISCUIT | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | 1 ea. BISCUIT |
| | 8 oz. BEVERAGE | 2 ea. MARGARINE | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 2 ea. MARGARINE |
| | | 8 oz. BEVERAGE | | | | | 8 oz. BEVERAGE |

### DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | | 1 ea. WHITE BEANS | 1ea. SOY BURGER | 3 oz. SEAS. SOY CRUMBLES | 1 1/2c. WHITE BEANS | 4oz. SOY SLOPPY JOE | 1ea. SOY BURGER |
| | | 1 med. BAKED POTATO | 3/4c. FRIED POTATOES | 3/4C. BLACK EYED PEAS | 3/4c. HASHBROWNS | 1 large BAKED POTATO | %C. POTATO ROUNDS |
| | | 3/4C. FLORENTINE VEGS. | 1/2C. CABBAGE SALAD | 1C. MIXED GREENS | 1/2c. MIXED VEGETABLES | 3/4C. GREEN BEANS | 3/4C. MIXED VEGETABLES |
| | | 1C. LETTUCE SALAD | 1 ea. DRESSING | 1/2C. PINEAPPLE | 1/2C. APPLESAUCE | 1C. LETTUCE SALAD | 1 oz. ONIONS |
| | | 1/2C. BEETS & ONIONS | 2ea. FRESH FRUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. DRESSING | 1C. LETTUCE |
| | | 1 ea. DRESSING | 1 ea. BISCUIT | 2 ea. MARGARINE | 2 ea. MARGARINE | 1 pc. FRESH FRUIT | 1/2c. OR 1ea. FRUIT |
| | | 1/2C. APPLESAUCE | 2 ea. MARGARINE | 8 oz. BEVERAGE | 8 oz. BEVERAGE | 1 ea. BISCUIT | 1C. DRESSING |
| | | 1 ea. BISCUIT | 8 oz. BEVERAGE | | | 2 ea. MARGARINE | 1 ea. BISCUIT |
| | | 2 ea. MARGARINE | | | | 8 oz. BEVERAGE | 3/1 ea. CATSUP/MUSTARD |
| | | 8 oz. BEVERAGE | | | | | 8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD/LDN
Bonnie Sullivan, RD, LD/N

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 4
MENU
FISCAL YEAR 2009

| Meal | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 ctn-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 ea. BISCUIT<br>1 oz. PEANUT BUTTER<br>2 ea. JELLY<br>16 oz. SOYMILK | 2 ctn-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 ctn-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 ctn-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 ctn-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1/2c. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 2 ctn-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOY MILK | 2 ctn-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 C. SOY GRAVY<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOY MILK |
| **LUNCH** | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| | 4 oz. SEAS. SOY CRUMBLES<br>3/4c. MASHED POTATOES<br>3/4c. PEAS<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE STEW<br>1/2c. GREEN BEANS<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE FRIED RICE<br>3/4c. FLORENTINE BLEND<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1 ea. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. RED BEANS & RICE<br>3/4c. MIXED GREENS<br>1/2c. CABBAGE SALAD<br>4 oz. APPLESAUCE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 ea. SOY BURGER<br>3/4c. PASTA SALAD<br>3/4c. GREEN BEANS<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 ea. SOY BURGER<br>1 large. BAKED POTATO<br>3/4c. BRAISED CABBAGE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE GOULASH<br>3/4c. CARROTS<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |
| **DINNER** | 3oz. SEAS. SOY with<br>10oz MACARONI<br>3/4c. POTATO CHIPS<br>4 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2C. JELLO WHIPPED<br>1 ea. TOPPING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. TACO SEAS. SOY CRUMBLES<br>3/4c. MEXICAN RICE<br>3/4c. CORN<br>1 C. SHREDDED LETTUCE<br>1 ea. DRESSING<br>1/4c. SALSA<br>3/1 ea. CATSUP/MUSTARD<br>1/2C. OR 1ea. FRUIT<br>2/3 oz. FLOUR OR CORN SHELL<br>8 oz. BEVERAGE | 1ea. SOY BURGER<br>3/4c. FRENCH FRIES<br>3/4c. PEAS & CARROTS<br>1/2c. OR 1ea. FRUIT<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>3 ea. PICKLES<br>3/1 ea. CATSUP/MUSTARD<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE SOUP<br>3/4c. SOY BURGER<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>30/g CRACKERS<br>8 oz. BEVERAGE | 1 1/2c. WHITE BEANS<br>3/4c. STEWED TOMATOES<br>3/4c. CABBAGE SALAD<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. SEAS. SOY CRUMBLES<br>With 1 C. POTATOES<br>3/4c. CABBAGE SALAD<br>1 ea. DRESSING<br>4 oz. APPLESAUCE<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3/4c. SPAGHETTI with 3/4c. VEGETABLE SAUCE<br>3/4c. ITALIAN VEGETABLES<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD/LDN
Bonnie Sullivan, RD, LD/N

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 5
MENU
FISCAL YEAR 2009

| MEAL | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 ea. BISCUIT<br>1 oz. PEANUT BUTTER<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 oz. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 ea. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 oz. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOYMILK | 2 cth-100% JUICE<br>1 1/2C. S&B HOT CEREAL<br>1 oz. SOY SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 2 cth-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 oz. PEANUT BUTTER<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 2 cth-100% JUICE<br>2bx/2oz COLD CEREAL<br>1 C. SOY GRAVY<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK |
| *LACTO OVO* | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| **LUNCH** | 4 oz. SEAS. SOY CRUMBLES With 1C. POTATOES<br>3/4C. GREEN BEANS<br>1/2C. APPLESAUCE<br>1 ea. BISCUIT<br>1 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. SOY SLOPPY JOE<br>3/4C. FRENCH FRIES<br>1/2C. CABBAGE SALAD<br>1/2C. FRESH FRUIT<br>1 pc. CATSUP<br>1 ea. BISCUIT<br>1 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2C. VEGETABLE CHILI<br>3/4C. RICE<br>1/2C. CORN<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>3 pkg CRACKERS<br>8 oz. BEVERAGE | 1 1/2C. VEGETABLE GOULASH<br>3/4C. CORN<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2ea. JELLY/MARGARINE<br>8 oz. BEVERAGE | 1ea. SOY BURGER<br>3/4C. POTATO ROUNDS<br>3/4c. PEAS & CARROTS<br>3/4c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>1 ea. CATSUP/MUSTARD<br>3.3a. PICKLE SLICES<br>8 oz. BEVERAGE | 3 oz. SEAS. SOY CRUMBLES WITH 1c. ITALIAN VEGETABLES<br>3/4c. CABBAGE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. FRESH FRUIT<br>3 pkg CRACKERS<br>8 oz. BEVERAGE | 1 1/2c. VEGETABLE SOUP WITH 1c. MACARONI<br>3/4c. SOY BURGER<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1 ea. FRESH FRUIT<br>3 pkg CRACKERS<br>8 oz. BEVERAGE |
| **DINNER** | 3oz. MAC AND TOMATOES<br>3/4C. SEAS. SOY with 1c. PEAS<br>3/4C. BEETS & ONIONS<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 3oz. WHITE BEANS<br>3/4c. CARROTS<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. SEAS. SOY CRUMBLES<br>3/4C. MASHED POTATOES<br>3 ea. CARROT STICKS<br>3/4C. MIXED GREENS<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1/2C. SOY BURGER<br>3/4C. O'BRIEN BROWNS<br>3/4C. MIXED VEGETABLES<br>1/2C. PINEAPPLE<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2. VEGETABLE STEW<br>3/4c. RICE<br>3/4c. BRAISED CABBAGE<br>1/2c. APPLESAUCE<br>3 pkg CRACKERS<br>8 oz. BEVERAGE | 3/4C. SPAGHETTI WITH 3/4C VEGETABLE SAUCE<br>3/4C. GREEN BEANS<br>3/4C. FLORENTINE VEGS.<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 1/2C. RED BEANS AND RICE<br>3/4C. FLORENTINE VEGS.<br>1/2c. OR 1ea. FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |

Menu is subject to change.

Suzann Griswold, RD/LDN

## ILLINOIS DEPARTMENT OF CORRECTIONS
### FOOD SERVICES
## VEGAN MENU

WEEK 1
MENU
FISCAL YEAR 08

Menu is subject to change.

### SUNDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 1 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- ½ C. SEAS. SOY CRUMBLES WITH 1C. MAC AND
- ½ C. MASHED POTATOES
- ½ C. PEAS
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 1 ea. MARGARINE
- 8 oz. BEVERAGE

Dates: 2ND Q Oct 14, Nov 18, Dec 23; 1ST Q Aug 5, Sep 9; 3RD Q Jan 27, Mar 3, Jan 15; 4TH Q April 16, May 11, Jun 15

### MONDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 2ox/2 C. COLD CEREAL
- 2 T. PEANUT BUTTER
- 1 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOY MILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- 1 ½ C. VEGETARIAN BAKED BEANS
- ½ C. MIXED VEGETABLES
- 1 C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. BISCUIT
- 1 ea. AND 1/2C. FRUIT
- 1 oz. CHOPPED ONIONS
- 1 ea. MARGARINE
- 8 oz. BEVERAGE

Also: ½ C. SOY CHILI; ½ C. CORN; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 3 pkg. CRACKERS; 1 ea. MARGARINE/JELLY; 1 ea. AND 1/2C. FRUIT; 8 oz. BEVERAGE

Dates: 2ND Q July 1, Oct 15, Nov 19, Dec 24; 1ST Q Aug 6, Sep 10; 3RD Q Jan 28, Mar 4; 4TH Q April 7, May 12, Jun 16

### TUESDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- ½ C. SEAS SOY CRUMBLES
- 1 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- 4 oz. SOY BURGER
- ½ C. FRESH POTATO
- ½ C. BROCCOLI
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND 1/2C. FRUIT
- 1 ea. CATSUP/MUSTARD
- 3 ea. PICKLE SLICES
- 1 ea. BISCUIT
- 1 ea. MARGARINE
- 8 oz. BEVERAGE

Also: ½ C. SEAS. SOY CRUMBLES; ½ C. CARROTS; ½ C. CABBAGE SALAD; 1 C. HASH BROWN POTATOES; 1 ea. DRESSING; 1 ea. BISCUIT; 2 ea. MARGARINE/JELLY; 1 ea. AND ½ C. FRUIT; 8 oz. BEVERAGE

Dates: 2ND Q July 2, Oct 16, Nov 20, Dec 25; 1ST Q Aug 7, Sep 11; 3RD Q Jan 29, Mar 4; 4TH Q April 8, May 13, Jun 17

### WEDNESDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- ½ C. SEAS SOY CRUMBLES
- 1 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOY MILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- 1 ½ C. VEGE LASAGNA
- ½ C. ITAL. VEGETABLES
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Also: ½ C. SOY BBQ; 1 large. BAKED POTATO; ½ C. BRAISED CABBAGE; 1 ea. BISCUIT; 1 ea. AND ½ C. FRUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE

Dates: 2ND Q July 3, Oct 17, Nov 21, Dec 26; 1ST Q Aug 8, Sep 12; 3RD Q Jan 30, Mar 5; 4TH Q April 9, May 14, June 18

### THURSDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- ½ C. SEAS SOY CRUMBLES
- 1 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- ½ C. RED BEANS & RICE
- ½ C. MIXED GREENS
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Also: ½ C. SEAS. SOY CRUMBLES; ½ C. BUTTERED ROTINI; ½ C. GREEN BEANS; ½ C. CORN; 1 ea. DRESSING; 1 ea. AND 1/2C. FRUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE

Dates: 2ND Q July 4, Oct 18, Nov 22, Dec 27; 1ST Q Aug 9, Sep 13; 3RD Q Jan 31, Mar 6; 4TH Q April 10, May 15, Jun 19

### FRIDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 2ox/2 C. COLD CEREAL
- ½ C. SOY CRUMBLES
- 1 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- ½ C. SEAS SOY CRUMBLES WITH 1 C. MACARONI
- ½ C. PEAS & CARROTS
- 1 C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND 1/2C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Also: 4 oz. SOY BURGER; ½ C. MASHED POTATOES; ½ C. PEAS & CARROTS; ½ C. CORN; 1 ea. DRESSING; 1 ea. AND 1/2C. FRUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE

Dates: 2ND Q July 6, Oct 19, Nov 23, Dec 28; 1ST Q Aug 10, Sep 14; 3RD Q Feb 1, Mar 7; 4TH Q April 11, Nov 23, June 20

### SATURDAY

**BREAKFAST**
- 1 ea. AND ½ C. FRUIT
- 2ox/2 C. COLD CEREAL
- ½ C. SOY CRUMBLES
- 1 ea. BISCUIT
- 1 ea. VEGAN GRAVY
- 2 ea. MARGARINE / JELLY
- 16 oz. SOYMILK

**LUNCH** — LACTO OVO SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**DINNER**
- ½ C. SEAS. SOY CRUMBLES WITH 1C. RICE
- ½ C. CARROTS
- ½ C. FLORENTINE BLEND
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Dates: 2ND Q July 7, Oct 20, Nov 24, Dec 29; 1ST Q Aug 11, Sep 15; 3RD Q Feb 2, Mar 8; 4TH Q April 12, May 17, Jun 21

WEEK 2
MENU
FISCAL YEAR 08

# FOOD SERVICES
## VEGAN MENU

Menu is subject to change.

**BREAKFAST**

## SUNDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 1 ea. BISCUIT
- 2 ea. JELLY
- 1 ea. MARGARINE
- 16 oz. SOYMILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- ¾ C. RED BEANS & RICE
- ½ C. MIXED GREENS
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Dinner**
- 4 oz. SOY BURGER
- ½ C. HASH BROWN POTATOES
- ¾ C. BRAISED CABBAGE
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Dates — 1st Q: July 8, Sept 16; 2nd Q: Oct 21, Nov 25, Dec 30; 3rd Q: Feb 3, Mar 3; 4th Q: Apr 13, May 18, Jun 22

## MONDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 2oz/2 C. COLD CEREAL
- 2 T. PEANUT BUTTER
- 1 ea. BISCUIT
- 1 ea. JELLY
- 1 ea. MARGARINE
- 16 oz. SOY MILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- 1 ½ C. VEGETABLE STEW
- ¾ C. RED BEANS
- 1 C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Dinner**
- 1 ½ C. SPAGHETTI WITH SOY/VEGETABLE SAUCE
- ½ C. GREEN BEANS
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Dates — 1st Q: July 9, Sept 17; 2nd Q: Oct 22, Nov 26, Dec 31; 3rd Q: Jan 1, Feb 4, Mar 10; 4th Q: Apr 14, May 19, June 23

## TUESDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 4 oz. SOY SAUSAGE
- 1 ea. BISCUIT
- 2 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- ¾ C. TACO SEAS SOY CRUMBLES
- ¾ C. SEAS. PINTO BEANS
- 1 C. CORN
- 1 C. SHREDDED LETTUCE
- ¼ C. SALSA
- 1 ea. AND ½ C. FRUIT
- 2/3 ea. FLOUR OR CORN SHELL
- 8 oz. BEVERAGE

**Dinner**
- 1 ½ C. VEGETABLE STIR FRY
- ½ C. RICE
- ½ C. FLORENTINE VEGS.
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Dates — 1st Q: Jul 10, Aug 14, Sept 18; 2nd Q: Oct 23, Nov 27, Jan 1; 3rd Q: Feb 5, Mar 11; 4th Q: Apr 15, May 20, Jun 24

## WEDNESDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 4 oz. SEAS SOY CRUMBLES
- 1 ea. BISCUIT
- 2 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- 4 oz. SOY BURGER
- ½ C. MASHED POTATOES
- ½ C. PEAS
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Dinner**
- 1 ½ C. SOY CHILI
- ½ C. FRENCH FRIES
- ½ C. CORN
- 1 ea. AND ½ C. FRUIT
- 2 pkg. CRACKERS
- 2 ea. CATSUP
- 8 oz. BEVERAGE

Dates — 1st Q: Jul 11, Aug 15, Sept 19; 2nd Q: Oct 24, Nov 28, Jan 2; 3rd Q: Feb 6, Mar 12; 4th Q: Apr 16, May 21, Jun 25

## THURSDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 4 oz. SOY SAUSAGE
- 1 ea. BISCUIT
- 2 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- 1 ½ C. SEAS SOY CRUMBLES
- ¾ C. STEWED TOMATOES
- ½ C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Dinner**
- 1 ½ C. WHITE BEANS
- ¾ C. PASTA SALAD
- 1 C. CARROTS
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Dates — 1st Q: Jul 12, Aug 16, Sept 20; 2nd Q: Oct 25, Nov 29, Jan 3; 3rd Q: Feb 7, Mar 13; 4th Q: Apr 17, May 22, Jun 26

## FRIDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 2oz/2 C. COLD CEREAL
- 4 oz. SOY CRUMBLES
- 1 ea. BISCUIT
- 2 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- ¾ C. SEAS. SOY CRUMBLES with 1 C. MACARONI
- ½ C. ITALIAN VEGETABLES
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Dinner**
- ¾ C. SOY SLOPPY JOE
- ½ C. HASH BROWN POTATOES
- ½ C. PEAS & CARROTS
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Dates — 1st Q: Jul 13, Aug 17, Sept 21; 2nd Q: Oct 26, Nov 30, Jan 4; 3rd Q: Feb 8, Mar 14; 4th Q: Apr 18, May 23, Jun 27

## SATURDAY

**Breakfast**
- 1 ea. AND ½ C. FRUIT
- 2oz/2 C. COLD CEREAL
- ¼ C. VEGAN GRAVY
- 1 ea. BISCUIT
- 2 ea. MARGARINE / JELLY
- 16 oz. SOYMILK

**LACTO OVO** — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU
- 4 oz. SOY BURGER
- ½ C. POTATO ROUNDS
- ½ C. MIXED VEGETABLES
- 1 C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Dinner**
- ¾ C. SEAS. SOY CRUMBLES
- ½ C. RICE
- ½ C. BROCCOLI
- 1 ea. AND ½ C. FRUIT
- 3/1 ea. CATSUP/MUSTARD
- 3 ea. PICKLES
- 8 oz. BEVERAGE

Dates — 1st Q: Jul 14, Aug 18, Sept 22; 2nd Q: Oct 27, Dec 1, Jan 5; 3rd Q: Feb 9, Mar 15; 4th Q: Apr 19, May 24, Jun 28

ILLINOIS DEPARTMENT OF CORRECTIONS
FOOD SERVICES
# VEGAN MENU

WEEK 3
MENU
FISCAL YEAR 08

Menu is subject to change.

## BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 1 ea. AND ½ C. FRUIT | 1 ea. AND ½ C. FRUIT | 1 ea. AND ½ C. FRUIT | 1 ea. AND ½ C. FRUIT | 1 ea. AND ½ C. FRUIT | 1 ea. AND ½ C. FRUIT | 1 ea. AND ½ C. FRUIT |
| | 1½ C. HOT CEREAL | 2oz/2 C. COLD CEREAL | 1½ C. HOT CEREAL | 1½ C. HOT CEREAL | 1½ C. HOT CEREAL | 2oz/2 C. COLD CEREAL | 2oz/2 C. COLD CEREAL |
| | 1 ea. BISCUIT | 2 T. PEANUT BUTTER | 4 oz. SOY SAUSAGE | ½ C. SEAS. SOY CRUMBLES | 4 oz. SOY SAUSAGE | ½ C. SOY CRUMBLES | 1 ea. BISCUIT |
| | 2 ea. JELLY | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | 1 ea. BISCUIT | VEGAN GRAVY |
| | 2 ea. MARGARINE | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | 2 ea. JELLY | MARGARINE / JELLY |
| | 16 oz. SOYMILK | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | 2 ea. MARGARINE | SOYMILK |
| | | 16 oz. SOY MILK | 16 oz. SOYMILK | 16 oz. SOY MILK | 16 oz. SOYMILK | 16 oz. SOYMILK | |

## LUNCH

For each day:
LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

## DINNER / SUPPER

### SUNDAY
Meal 1:
- ½ C. SOY CRUMBLES
- ½ C. MACARONI
- ½ C. CARROTS
- ½ C. BROCCOLI
- ½ C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Meal 2:
- 4 oz. SOY BURGER
- ½ C. RICE
- ½ C. FLORENTINE VEGS.
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

### MONDAY
Meal 1:
- 4 oz. SOY BURGER
- ½ C. PASTA SALAD
- ½ C. BROCCOLI
- ½ C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Meal 2:
- 4 oz. RED BEANS & RICE
- ½ C. MIXED GREENS
- ½ C. BEETS AND ONIONS
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

### TUESDAY
Meal 1:
- 1½ C. SPAGHETTI with VEGETABLE SAUCE
- ½ C. IT. VEGETABLES
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 pkg. CRACKERS
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Meal 2:
- 4 oz. SOY BURGER
- 1 large BAKED POTATO
- ½ C. CARROTS
- ½ C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

### WEDNESDAY
Meal 1:
- 1½ C. VEGETABLE STEW
- ½ C. RICE
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Meal 2:
- 1 C. BLACK EYED PEAS with
- ½ C. MIXED GREENS
- ½ C. CARROTS
- ½ C. PICKLED BEETS
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

### THURSDAY
Meal 1:
- 4 oz. SOY BURGER
- ½ C. FRENCH FRIES
- ½ C. PEAS & CARROTS
- 3/1 ea. CATSUP/MUSTARD
- 1 ea. BISCUIT
- 1 ea. AND ½ C. FRUIT
- 8 oz. BEVERAGE

Meal 2:
- 4 oz. SEAS. SOY CRUMBLES
- ½ C. MIXED GREENS
- ½ C. BROCCOLI
- 1 C. FRESH VEGETABLES
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

### FRIDAY
Meal 1:
- 1½ C. SPAGHETTI WITH VEGETABLE SAUCE
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

Meal 2:
- 4 oz. SOY SLOPPY JOE
- 1 large BAKED POTATO
- ½ C. GREEN BEANS
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

### SATURDAY
Meal 1:
- ½ C. SOY CRUMBLES
- 1 C. REFRIED BEANS
- ½ C. CORN
- ½ C. SALSA
- ½ C. ONIONS
- 2/3 ea. FLOUR OR CORN SHELLS
- 1 ea. AND ½ C. FRUIT
- 8 oz. BEVERAGE

Meal 2:
- 4 oz. SOY BURGER
- 1 C. POTATO ROUNDS
- ½ C. MIXED VEGETABLES
- 1 oz. ONIONS
- 3/1 ea. CATSUP/MUSTARD
- 1 ea. AND ½ C. FRUIT
- 8 oz. BEVERAGE

## Rotation Dates

| Day | 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|---|
| SUNDAY | Jul 15, Aug 19, Sept 23 | Oct 28, Dec 2 | Jan 6, Feb 10, Mar 16 | Apr 20, May 25, Jun 29 |
| MONDAY | Jul 16, Aug 20, Sept 24 | Oct 29, Dec 3 | Jan 7, Feb 11, Mar 17 | Apr 21, May 26, Jun 30 |
| TUESDAY | Jul 17, Aug 21, Sept 25 | Oct 30, Dec 4 | Feb 12, Mar 18 | Apr 22, May 27 |
| WEDNESDAY | Jul 18, Aug 22, Sept 26 | Oct 31, Dec 5 | Feb 13, Mar 19 | Apr 23, May 28 |
| THURSDAY | Jul 19, Aug 23, Sept 27 | Nov 1, Dec 6 | Feb 14, Mar 20 | Apr 24, May 29 |
| FRIDAY | Jul 20, Aug 24, Sept 28 | Nov 2, Dec 7 | Feb 15, Mar 21 | Apr 25, May 30 |
| SATURDAY | Jul 21, Aug 25, Sept 29 | Nov 3, Dec 8 | Jan 12, Feb 16, Mar 22 | Apr 26, May 31 |

1:09-cv-01857-HAB-JAG   #58-5   Page 18 of 24   Page 138 of 224

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 4
MENU
FISCAL YEAR 08

### SUNDAY

1 ea. AND ½ C. FRUIT
1½ C. HOT CEREAL
1 ea. BISCUIT
2 ea. JELLY
1 ea. MARGARINE
16 oz. SOYMILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

¾ C. SEAS. SOY CRUMBLES
½ C. MASHED POTATOES
½ C. PEAS
1 C. LETTUCE
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE/JELLY
8 oz. BEVERAGE

1st Q   Jul 22   Aug 26
2nd Q   Sept 30   Nov 9   Dec 9
3rd Q   Jan 13   Feb 17   Mar 23
4th Q   Apr 27   Jun 1

### MONDAY

1 ea. AND ½ C. FRUIT
2bx/2C. COLD CEREAL
2 T. PEANUT BUTTER
1 ea. BISCUIT
1 ea. JELLY
1 ea. MARGARINE
16 oz. SOY MILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

1½ C. RED BEANS & RICE
½ C. CARROTS
1 C. LETTUCE
1 ea. DRESSING
2 pkg CRACKERS
1 ea. AND ½ C. FRUIT
2 ea. MARGARINE
8 oz. BEVERAGE

2nd Q   Jul 23   Aug 27
       Oct 1   Nov 6   Dec 10
3rd Q   Jan 14   Feb 18   Mar 24
4th Q   Apr 28   June 2

### TUESDAY

1 ea. AND ½ C. FRUIT
1½ C. HOT CEREAL
4 oz. SOY SAUSAGE
1 ea. BISCUIT
1 ea. JELLY
2 ea. MARGARINE
16 oz. SOYMILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

1½ C. VEGE FRIED RICE
½ C. FLORENTINE BLEND
1 C. LETTUCE
1 ea. DRESSING
½ C.
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE
8 oz. BEVERAGE

SOY BURGER
½ C. FRENCH FRIES
½ C. PEAS & CARROTS
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
1 ea. CATSUP/MUSTARD
3 ea. PICKLES
2 pkg
8 oz. BEVERAGE

1st Q   Jul 24   Aug 28
2nd Q   Oct 1   Nov 6   Dec 11
3rd Q   Jan 15   Feb 19   Mar 25
4th Q   Apr 29   Jun 3

### WEDNESDAY

1 ea. AND ½ C. FRUIT
1½ C. HOT CEREAL
¾ C. SEAS SOY CRUMBLES
1 ea. BISCUIT
2 ea. JELLY
2 ea. MARGARINE
16 oz. SOY MILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

1½ C. SPAGHETTI WITH VEGETABLE SAUCE
½ C. MIXED GREENS
½ C. CABBAGE SALAD
1 C. LETTUCE
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE
8 oz. BEVERAGE

1 1/2C. VEGETABLE SOUP
4 oz. SOY BURGER
½ C. LETTUCE SALAD
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 pkg CRACKERS
8 oz. BEVERAGE

2nd Q   Oct 3   Nov 7   Dec 12
1st Q   Jul 25   Aug 29
3rd Q   Jan 16   Feb 20   Mar 26
4th Q   Apr 30   Jun 4

### THURSDAY

1 ea. AND ½ C. FRUIT
1½ C. HOT CEREAL
4 oz. SOY SAUSAGE
1 ea. BISCUIT
2 ea. JELLY
2 ea. MARGARINE
16 oz. SOYMILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

1 ea. SOY PIZZA WRAP (recipe)
½ C. CARROTS
1 C. LETTUCE
1 ea. DRESSING
½ C. PASTA SALAD
½ C. GREEN BEANS
1 C. LETTUCE SALAD
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE
8 oz. BEVERAGE

1 C. SOY GOULASH

2nd Q   Oct 4   Nov 8   Dec 13
1st Q   Jul 26   Aug 30
3rd Q   Jan 17   Feb 21   Mar 27
4th Q   May 1   June 5

### FRIDAY

1 ea. AND ½ C. FRUIT
2bx/2C. COLD CEREAL
¾ C. SOY CRUMBLES
1 ea. BISCUIT
2 ea. JELLY
2 ea. MARGARINE
16 oz. SOYMILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

4 oz. SOY BURGER
1 large BAKED POTATO
1½ C. BRAISED CABBAGE
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE
8 oz. BEVERAGE

¾ C. SEAS. SOY CRUMBLES
With 1 C. POTATOES
½ C. CABBAGE SALAD
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE
8 oz. BEVERAGE

2nd Q   Oct 5   Nov 9   Dec 14
1st Q   Jul 27   Aug 31
3rd Q   Jan 18   Feb 22   Mar 28
4th Q   May 2   Jun 6

### SATURDAY

1 ea. AND ½ C. FRUIT
2bx/2C. COLD CEREAL
1 ea. BISCUIT
4 oz. VEGAN GRAVY
2 ea. MARGARINE / JELLY
16 oz. SOYMILK

LACTO OVO
SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

1½ C. WHITE BEANS
½ C. CARROTS
1 C. LETTUCE SALAD
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
1 ea. BISCUIT
2 ea. MARGARINE
8 oz. BEVERAGE

1 1/2C. SPAGHETTI W/ SOY / VEGETABLE SAUCE
¾ C. ITALIAN VEGETABLES
1 C. LETTUCE
1 ea. DRESSING
1 ea. AND ½ C. FRUIT
2 ea. BISCUIT
8 oz. BEVERAGE

1st Q   Jul 28   Sept 1
2nd Q   Oct 6   Nov 10   Dec 15
3rd Q   Jan 19   Feb 23   Mar 29
4th Q   May 3   Jun 7

Menu is subject to change.

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

MENU
FISCAL YEAR 08

WEEK 5

B R E A K F A S T

---

### SUNDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 2 ea. BISCUIT
- 2 ea. JELLY
- 1 ea. MARGARINE
- 16 oz. SOYMILK

**Lunch:** LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Dinner:**
- 1 ½ C. MACARONI AND TOMATOES
- ½ C. PEAS
- 1 C. GREEN BEANS
- ½ C. SEAS. SOY CRUMBLES WITH 1 C. POTATOES
- 1 ea. AND ½ C. FRUIT
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

1ST Q: Jul 29, Sept 2
2ND Q: Oct 7, Nov 11, Dec 16
3RD Q: Jan 20, Feb 24, Mar 30
4TH Q: May 4, Jun 8

---

### MONDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 2oz/2 C. COLD CEREAL
- 2 T. PEANUT BUTTER
- 2 ea. BISCUIT
- 1 ea. JELLY
- 16 oz. SOY MILK

**Lunch:**
- 1 ½ C. WHITE BEANS
- ½ C. CARROTS
- 1 C. LETTUCE SALAD
- ½ C. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Dinner:**
- 1 ½ C. SOY SLOPPY JOE
- ½ C. FRENCH FRIES
- ½ C. CABBAGE SALAD
- 1 C. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. CATSUP
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

1ST Q: Jul 30, Sept 3
2ND Q: Oct 8, Nov 12, Dec 17
3RD Q: Jan 21, Feb 25, Mar 31
4TH Q: May 5, Jun 9

---

### TUESDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 4 oz. SOY SAUSAGE
- 2 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Meal:**
- 1 ½ C. SEAS. SOY CRUMBLES
- ½ C. MASHED POTATOES
- 3 ea. CARROT STICKS
- ½ C. MIXED GREENS
- 1 ea. AND ½ C. FRUIT
- 2 pkg. CRACKERS
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Meal:**
- 1 ½ C. SOY CHILI
- ½ C. RICE
- ½ C. CORN
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. CATSUP
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

1ST Q: Jul 31, Sept 4
2ND Q: Oct 9, Nov 13, Dec 18
3RD Q: Jan 22, Feb 26
4TH Q: Apr 1, May 6, Jun 10

---

### WEDNESDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 4 oz. SEAS. SOY CRUMBLES
- 2 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOY MILK

LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Meal:**
- 1 ½ C. SEAS. SOY CRUMBLES
- ½ C. HASH BROWNS
- ½ C. MIXED VEGETABLES
- 1 ea. AND ½ C. FRUIT
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Meal:**
- 1 ½ C. SOY ENCHILADA CASSEROLE
- ½ C. CORN
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 pkg. CRACKERS
- 8 oz. BEVERAGE

1ST Q: Aug 1, Sept 5
2ND Q: Oct 10, Nov 14, Dec 19
3RD Q: Jan 23, Feb 27
4TH Q: Apr 2, May 1, Jun 11

---

### THURSDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 1 ½ C. HOT CEREAL
- 4 oz. Suzann griswold SOY SAUSAGE
- 2 ea. BISCUIT
- 1 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Meal:**
- 4 oz. SOY BURGER
- ½ C. POTATO ROUNDS
- ½ C. PEAS & CARROTS
- 1 ea. BISCUIT
- 3/1 ea. CATSUP/MUSTARD
- 3 ea. PICKLE SLICES
- 8 oz. BEVERAGE

**Meal:**
- 1 1/2 C. VEGETABLE STEW
- ½ C. RICE
- ½ C. BRAISED CABBAGE
- 1 ea. AND ½ C. FRUIT
- 2 pkg. CRACKERS
- 8 oz. BEVERAGE

1ST Q: Aug 2, Sept 6
2ND Q: Oct 11, Nov 15, Dec 20
3RD Q: Jan 24, Feb 28
4TH Q: Apr 3, May 8, Jun 12

---

### FRIDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 2oz/2 C. COLD CEREAL
- 4 oz. SOY CRUMBLES/SAUSAGE
- 1 ea. BISCUIT
- 2 ea. JELLY
- 2 ea. MARGARINE
- 16 oz. SOYMILK

LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Meal:**
- ½ C. SEAS. SOY CRUMBLES WITH 1 C. MACARONI
- ½ C. ITALIAN VEGETABLES
- ½ C. CABBAGE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Meal:**
- 1 1/2 C. SPAGHETTI WITH VEGETABLE SAUCE
- ½ C. GREEN BEANS
- 1 C. LETTUCE SALAD
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 2 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

1ST Q: Aug 3, Sept 7
2ND Q: Oct 12, Nov 16, Dec 21
3RD Q: Jan 25, Feb 29
4TH Q: Apr 4, May 9, Jun 13

---

### SATURDAY

**Breakfast:**
- 1 ea. AND ½ C. FRUIT
- 2oz/2 C. COLD CEREAL
- 1 ea. BISCUIT
- ½ C. VEGAN GRAVY
- 2 ea. MARGARINE / JELLY
- 16 oz. SOYMILK

LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU

**Meal:**
- 1 1/2C. VEGETABLE SOUP
- 4 oz. SOY BURGER
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. BISCUIT
- 1 ea. AND ½ C. FRUIT
- 1 ea. MUSTARD/CATSUP
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

**Meal:**
- 1 1/2C. RED BEANS & RICE
- ½ C. FLORENTINE VEGS.
- 1 C. LETTUCE
- 1 ea. DRESSING
- 1 ea. AND ½ C. FRUIT
- 1 ea. BISCUIT
- 2 ea. MARGARINE
- 8 oz. BEVERAGE

1ST Q: Aug 4, Sept 8
2ND Q: Oct 13, Nov 17, Dec 22
3RD Q: Jan 26, Mar 1
4TH Q: Apr 5, May 10, Jun 14

---

Menu is subject to change.

ILLINOIS DEPARTMENT OF CORRECTIONS
FOOD SERVICES

# VEGAN MENU

WEEK 1
MENU
FISCAL YEAR 07

Menu is subject to change.

Suzann Griswold, RD/LDN

## SUNDAY

| | |
|---|---|
| 8 oz. | FRUIT JUICE |
| 8 oz. | HOT CEREAL |
| 1 ea. | BISCUIT |
| 2 ea. | JELLY |
| 1 ea. | MARGARINE |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 4 oz. | SEAS. SOY CRUMBLES |
| 6 oz. | MASHED POTATOES |
| 4 oz. | VEGAN GRAVY |
| 4 oz. | PEAS |
| 4 oz. | APPLESAUCE |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| 12 oz. | TOMATO MAC |
| | CASSEROLE (SOY) |
| 4 oz. | STEWED TOMATOES |
| | LETTUCE SALAD |
| 1 ea. | DRESSING |
| 4 oz. | APPLESAUCE |
| 1 pc. | FRESH FRUIT |
| 1 ea. | MARGARINE |
| 1 ea. | BISCUIT |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 1-Jul | | 2-Jul | | 1-Oct | | 15-Oct | |
| 8-Aug | | 10-Sep | | 19-Nov | | 24-Dec | |
| 28-Jan | | 4-Mar | | 8-Apr | | 13-May | |
| | | | | 9-Apr | | 17-Jun | |

## MONDAY

| | |
|---|---|
| 4 oz. | CANNED PEACHES |
| 2oz/2oz | COLD CEREAL |
| 4 oz. | FRIED GRITS |
| 2 oz. | SYRUP |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 12 oz. | VEGETARIAN BAKED |
| | BEANS |
| 4 oz. | MIXED VEGETABLES |
| 4 oz. | CABBAGE SALAD |
| 4 oz. | GREEN BEANS |
| 1 ea. | DRESSING |
| 1 ea. | FRESH FRUIT |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| 12 oz. | VEGAN CHILI |
| 4 oz. | LETTUCE SALAD |
| 1 C. | CRACKERS |
| 2 pkg. | FRESH FRUIT |
| 1 pc. | MARGARINE |
| 1 ea. | BISCUIT |
| 1 ea. | FRESH FRUIT |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 3-Jul | | 16-Oct | | 7-Aug | | 20-Nov | |
| 11-Sep | | 25-Dec | | 29-Jan | | 9-Apr | |
| 5-Mar | | 30-Apr | | 14-May | | 18-Jun | |
| | | | | 6-Mar | | | |

## TUESDAY

| | |
|---|---|
| 8 oz. | FRUIT JUICE |
| 8 oz. | HOT CEREAL |
| 4 oz. | SEAS. SOY CRUMBLES |
| 1 ea. | BISCUIT |
| 2 ea. | JELLY |
| 1 ea. | MARGARINE |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 4 oz. | VEGAN BURGER |
| 6 oz. | FRESH POTATO |
| 4 oz. | GREEN BEANS |
| 1 C. | LETTUCE SALAD |
| 1 ea. | DRESSING |
| 1 ea. | FRESH FRUIT |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| 4 oz. | SEAS. SOY CRUMBLES |
| 6 oz. | HASH BROWN |
| | POTATOES |
| 1 C. | CATSUP/MUSTARD |
| 3 ea. | PICKLE SLICES |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 4-Jul | | 17-Oct | | 8-Aug | | 21-Nov | |
| 12-Sep | | 26-Dec | | 30-Jan | | 10-Apr | |
| 6-Mar | | | | 31-Jan | | 15-May | |
| | | | | | | 19-Jun | |

## WEDNESDAY

| | |
|---|---|
| 8 oz. | FRUIT JUICE |
| 8 oz. | HOT CEREAL |
| 1 ea. | VEGAN SAUSAGE |
| 1 ea. | BISCUIT |
| 2 ea. | JELLY |
| 1 ea. | MARGARINE |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 12 oz. | ITAL SPAGHETTI |
| 4 oz. | ITAL VEGETABLES |
| 1 C. | LETTUCE SALAD |
| 1 ea. | DRESSING |
| 4 oz. | APPLESAUCE |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| | SOY BBQ |
| 1 med. | BAKED POTATO |
| 4 oz. | BRAISED CABBAGE |
| 1 ea. | FRESH FRUIT |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 5-Jul | | 18-Oct | | 9-Aug | | 22-Nov | |
| 13-Sep | | 27-Dec | | 31-Jan | | 11-Apr | |
| 7-Mar | | | | 1-Feb | | 16-May | |
| | | | | | | 20-Jun | |

## THURSDAY

| | |
|---|---|
| 8 oz. | FRUIT JUICE |
| 8 oz. | HOT CEREAL |
| 4 oz. | SEAS. SOY CRUMBLES |
| 1 ea. | BISCUIT |
| 2 ea. | JELLY |
| 1 ea. | MARGARINE |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 4 oz. | SEAS. SOY CRUMBLES |
| 6 oz. | MIXED GREENS |
| 1 C. | LETTUCE |
| 1 ea. | DRESSING |
| 4 oz. | APPLESAUCE |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| 4 oz. | RED BEANS & RICE |
| | w/MACARONI |
| 6 oz. | PEAS & CARROTS |
| 1 C. | LETTUCE SALAD |
| 1 ea. | DRESSING |
| 1 ea. | FRESH FRUIT |
| 1 pc. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 6-Jul | | 19-Oct | | 10-Aug | | 23-Nov | |
| 14-Sep | | 28-Dec | | 1-Feb | | 12-Apr | |
| 8-Mar | | | | 2-Feb | | 17-May | |
| | | | | | | 21-Jun | |

## FRIDAY

| | |
|---|---|
| 8 oz. | FRUIT JUICE |
| 2oz/2oz | COLD CEREAL |
| 4 oz. | FRIED GRITS |
| 8 oz. | SYRUP |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 12 oz. | SEAS. SOY CRUMBLES |
| | w/POTATOES |
| 4 oz. | BROCCOLI |
| 4 oz. | CABBAGE SALAD |
| 1 ea. | DRESSING |
| 4 oz. | APPLESAUCE |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| 12 oz. | VEGAN FRIED RICE |
| 4 oz. | CARROTS |
| 1 C. | LETTUCE SALAD |
| 1 ea. | DRESSING |
| 1 pc. | FRESH FRUIT |
| | FLOUR TORT SHELLS |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 7-Jul | | 20-Oct | | 11-Aug | | 24-Nov | |
| 15-Sep | | 29-Dec | | 2-Feb | | 13-Apr | |
| 9-Mar | | | | 3-Feb | | 18-May | |
| | | | | | | 22-Jun | |

## SATURDAY

| | |
|---|---|
| 8 oz. | FRUIT JUICE |
| 2oz/2oz | COLD CEREAL |
| 1 ea. | BISCUIT |
| 8 oz. | VEGAN GRAVY |
| 16 oz. | SOY MILK |

LACTO OVO
SERVE MILK, BREAD, EGGS,
CHEESE AS REQUIRED
ON MASTER MENU

| | |
|---|---|
| 12 oz. | SEAS. SOY CRUMBLES |
| | w/POTATOES |
| 4 oz. | FLORENTINE BLEND |
| 4 oz. | APPLESAUCE |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| | |
|---|---|
| 4 oz. | VEGAN BURGER |
| 6 oz. | MASHED POTATOES |
| 4 oz. | CORN |
| 1 pc. | FRESH FRUIT |
| 1 ea. | BISCUIT |
| 2 ea. | MARGARINE |
| 8 oz. | BEVERAGE |

| 1ST Q | | 2ND Q | | 3RD Q | | 4TH Q | |
|---|---|---|---|---|---|---|---|
| 8-Jul | | 21-Oct | | 12-Aug | | 25-Nov | |
| 16-Sep | | 30-Dec | | 3-Feb | | 14-Apr | |
| 10-Mar | | | | | | 19-May | |
| | | | | | | 23-Jun | |

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 2
MENU
FISCAL YEAR 07

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 4 oz. CANNED PEACHES<br>8 oz. HOT CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 4 oz. CANNED PEACHES<br>2oz/2oz COLD CEREAL<br>8 oz. FRIED GRITS<br>2 oz. SYRUP<br>2 oz. JELLY<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. VEGAN SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. VEGAN SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>2oz/2oz COLD CEREAL<br>8 oz. FRIED GRITS<br>2 oz. SYRUP<br>2 oz. JELLY<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>2oz/2oz COLD CEREAL<br>1 ea. BISCUIT<br>6 oz. VEGAN GRAVY<br>16 oz. SOY MILK |
| **LUNCH** | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO — SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| **SUPPER** | 12 oz. RED BEANS & RICE<br>4 oz. MIXED GREENS<br>4 oz. LETTUCE SALAD<br>1 ea. DRESSING<br>1 ea. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN STEW<br>1 med. BAKED POTATO<br>4 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1 ea. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN SPAGHETTI<br>6 oz. GREEN BEANS<br>½ C. FRESH VEGETABLES<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE<br>—<br>3 oz. VEGAN TACOS / TACO SEAS SOY<br>6 oz. SEAS. PINTO BEANS<br>1 C. SHREDDED LETTUCE<br>2 oz. SALSA<br>2 oz. SHREDDED CHEDDAR CHEESE<br>2 oz. APPLESAUCE<br>2/3 ea. FLOUR OR CORN SHELL<br>8 oz. BEVERAGE<br>—<br>6 oz. SWEET & SOUR (D)<br>6 oz. RICE<br>4 oz. FLORENTINE VEGS.<br>1 pc. LETTUCE SALAD<br>1 C. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 6 oz. SEAS. SOY CRUMBLES<br>6 oz. MASHED POTATOES<br>4 oz. VEGAN GRAVY<br>4 oz. PEAS<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE<br>—<br>12 oz. CHILI (D)<br>6 oz. FRENCH FRIES<br>4 oz. CORN<br>1 pc. FRESH FRUIT<br>1 pc. CRACKERS<br>1 pc. CATSUP<br>8 oz. BEVERAGE | 6 oz. SEAS. SOY CRUMBLES<br>1 med. FRESH POTATO<br>4 oz. STEWED TOMATOES<br>4 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE<br>—<br>VEGAN PIZZA WRAP<br>4 oz. PASTA SALAD<br>4 oz. CARROTS<br>1 C. LETTUCE<br>1 pc. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 6 oz. SEAS. SOY CRUMBLES<br>6 oz. HASH BROWN POTATOES<br>4 oz. BROCCOLI<br>4 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE<br>—<br>12 oz. VEGAN SLOPPY JOE<br>6 oz. WINACARONI<br>4 oz. PEAS & CARROTS<br>4 oz. APPLESAUCE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. SEAS. SOY CRUMBLES<br>6 oz. HASH BROWN<br>4 oz. ITALIAN VEGETABLES<br>6 oz. SICILIAN RICE<br>1 ea. BISCUIT<br>1 ea. FRESH FRUIT<br>8 oz. BEVERAGE<br>—<br>4 oz. VEGAN BURGER<br>¾ C. POTATO ROUNDS<br>4 oz. MIXED VEGETABLES<br>4 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>1 ea. FRESH FRUIT<br>8 oz. BEVERAGE<br>—<br>12 oz. VEGAN SLOPPY JOE<br>6 oz. SICILIAN RICE<br>4 oz. ITALIAN VEGETABLES<br>3/1 oz. PICKLES<br>1 ea. BISCUIT<br>1 ea. FRESH FRUIT<br>8 oz. BEVERAGE |

### Cycle Dates

| Day | 1ST Q | 2ND Q | 3RD Q | 4TH Q |
|---|---|---|---|---|
| SUNDAY | 2-Jul, 6-Aug, 10-Sep | 15-Oct, 19-Nov, 24-Dec | 28-Jan, 4-Mar | 8-Apr, 13-May, 17-Jun |
| MONDAY | 3-Jul, 7-Aug, 11-Sep | 16-Oct, 20-Nov, 25-Dec | 29-Jan, 5-Mar | 9-Apr, 14-May, 18-Jun |
| TUESDAY | 4-Jul, 8-Aug, 12-Sep | 17-Oct, 21-Nov, 26-Dec | 30-Jan, 6-Mar | 10-Apr, 15-May, 19-Jun |
| WEDNESDAY | 5-Jul, 9-Aug, 13-Sep | 18-Oct, 22-Nov, 27-Dec | 31-Jan, 7-Mar | 11-Apr, 16-May, 20-Jun |
| THURSDAY | 6-Jul, 10-Aug, 14-Sep | 19-Oct, 23-Nov, 28-Dec | 1-Feb, 8-Mar | 12-Apr, 17-May, 21-Jun |
| FRIDAY | 7-Jul, 11-Aug, 15-Sep | 20-Oct, 24-Nov, 29-Dec | 2-Feb, 9-Mar | 13-Apr, 18-May, 22-Jun |
| SATURDAY | 8-Jul, 12-Aug, 16-Sep | 21-Oct, 25-Nov, 30-Dec | 3-Feb, 10-Mar | 14-Apr, 19-May, 23-Jun |

Menu is subject to change.

Suzann Griswold, RD/LDN

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 3
MENU
FISCAL YEAR 07

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 4 oz. CANNED PEACHES<br>8 oz. HOT CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 4 oz. CANNED PEACHES<br>2bз/2oz. COLD CEREAL<br>8 oz. FRIED GRITS<br>2 oz. SYRUP<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. VEGAN SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. VEGAN SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>2bз/2oz. COLD CEREAL<br>8 oz. FRIED GRITS<br>2 oz. SYRUP<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>2bз/2oz. COLD CEREAL<br>1 ea. BISCUIT<br>2 oz. CATSUP<br>2 ea. VEGAN GRAVY<br>16 oz. SOY MILK |
| **LUNCH** | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| **DINNER** | 4 oz. VEGAN BBQ<br>6 oz. PASTA SALAD<br>4 oz. BROCCOLI<br>2 oz. CABBAGE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. SEAS. SOY CRUMBLES W/MACARONI<br>4 oz. CARROTS<br>4 oz. CABBAGE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN SPAGHETTI W/ ITALIAN VEGETABLES<br>4 oz. CABBAGE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN STEW<br>6 oz. RICE<br>1 C. LETTUCE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 1 ea. VEGAN BURRITO (recipe)<br>6 oz. REFRIED BEANS<br>1 oz. CORN<br>2 oz. SALSA<br>1 C. LETTUCE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>8 oz. BEVERAGE | 12 oz. VEGAN SPAGHETTI<br>4 oz. CABBAGE SALAD<br>1 oz. DRESSING<br>4 oz. APPLESAUCE<br>1 C. LETTUCE SALAD<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGETARIAN BEANS<br>½ C. FRENCH FRIES<br>4 oz. PEAS & CARROTS<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |
| | | 4 oz. SEAS. SOY CRUMBLES<br>1 med. BAKED POTATO<br>6 oz. PEAS<br>4 oz. BEETS & ONIONS<br>4 oz. APPLESAUCE<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. SEAS. SOY CRUMBLES<br>6 oz. FRIED POTATOES<br>6 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. SEAS. SOY CRUMBLES<br>6 oz. VEGAN GRAVY<br>6 oz. HASH BROWN POTATOES<br>½ C. FRESH VEGETABLES<br>4 oz. APPLESAUCE<br>1 ea. DRESSING<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. SEAS. SOY CRUMBLES<br>6 oz. MASHED POTATOES<br>6 oz. VEGAN GRAVY<br>4 oz. BRAISED CABBAGE<br>1 C. LETTUCE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. VEGAN SLOPPY JOE<br>1 med. BAKED POTATO<br>4 oz. GREEN BEANS<br>1 C. LETTUCE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 4 oz. VEGAN BURGER<br>½ C. POTATO ROUNDS<br>4 oz. MIXED VEGETABLES<br>1 oz. ONIONS<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. CATSUP/MUSTARD<br>8 oz. BEVERAGE |
| | 4 oz. VEGAN BURGER<br>6 oz. RICE<br>2 oz. VEGAN GRAVY<br>4 oz. FLORENTINE VEGS.<br>1 C. LETTUCE SALAD<br>1 oz. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | | | | | | |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 2-Jul | 15-Oct | 28-Jan | 4-Mar |
| 6-Aug | 19-Nov | 13-May | 17-Jun |
| 10-Sep | 24-Dec | | |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 3-Jul | 16-Oct | 29-Jan | 5-Mar |
| 7-Aug | 20-Nov | 9-Apr | 14-May |
| 11-Sep | 25-Dec | | 18-Jun |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 4-Jul | 17-Oct | 30-Jan | 6-Mar |
| 8-Aug | 21-Nov | 9-Apr | 15-May |
| 12-Sep | 26-Dec | | 19-Jun |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 5-Jul | 18-Oct | 31-Jan | 7-Mar |
| 9-Aug | 22-Nov | 11-Apr | 16-May |
| 13-Sep | 27-Dec | | 20-Jun |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 6-Jul | 19-Oct | 1-Feb | 8-Mar |
| 10-Aug | 23-Nov | 12-Apr | 17-May |
| 14-Sep | 28-Dec | | 21-Jun |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 7-Jul | 20-Oct | 2-Feb | 9-Mar |
| 11-Aug | 24-Nov | 13-Apr | 18-May |
| 15-Sep | 29-Dec | | 22-Jun |

| 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|
| 8-Jul | 21-Oct | 3-Feb | 10-Mar |
| 12-Aug | 25-Nov | 14-Apr | 19-May |
| 16-Sep | 30-Dec | | 23-Jun |

Menu is subject to change.

Suzann Griswold, RD/LDN

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

**MENU**
**WEEK 4**
**FISCAL YEAR 07**

| Meal | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 4 oz. CANNED PEACHES; 8 oz. HOT CEREAL; 1 ea. BISCUIT; 8 oz. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 4 oz. CANNED PEACHES; 8 oz. COLD CEREAL; 8 oz. FRIED GRITS; 2 oz. SYRUP; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 8 oz. FRUIT JUICE; 8 oz. HOT CEREAL; 4 oz. VEGAN SAUSAGE; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 8 oz. FRUIT JUICE; 8 oz. HOT CEREAL; 4 oz. SEAS. SOY CRUMBLES; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 8 oz. FRUIT JUICE; 2oz./2oz. COLD CEREAL; 8 oz. FRIED GRITS; 2 oz. SYRUP; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 8 oz. FRUIT JUICE; 2oz./2oz. COLD CEREAL; 8 oz. FRIED GRITS; 2 oz. SYRUP; 1 ea. BISCUIT; 2 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK | 8 oz. FRUIT JUICE; 2oz./2oz. COLD CEREAL; 8 oz. VEGAN GRAVY; 6 oz. BISCUIT; 1 ea. JELLY; 2 ea. MARGARINE; 16 oz. SOY MILK |
| *LACTO OVO* | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU | SERVE MILK, BREAD, EGGS, CHEESE AS REQUIRED ON MASTER MENU |
| **LUNCH** | 4 oz. SEAS. SOY CRUMBLES | VEGAN TACOS; TACO SEAS. SOY CRUMBLES; MEXICAN RICE; SHREDDED LETTUCE; SALSA; APPLESAUCE; CATSUP/MUSTARD; PICKLES; FLOUR OR CORN SHELL; BEVERAGE | VEGAN BURGER; FRENCH FRIES; PEAS & CARROTS; FRESH FRUIT; CATSUP/MUSTARD; PICKLES; BEVERAGE | SEAS. SOY CRUMBLES; GREEN BEANS; LETTUCE SALAD; DRESSING; FRESH FRUIT; BISCUIT; MARGARINE; BEVERAGE | SEAS. SOY GOULASH; LETTUCE; DRESSING; FRESH FRUIT; BISCUIT; MARGARINE; BEVERAGE | SEAS. SOY CRUMBLES w/POTATOES; CABBAGE SALAD; DRESSING; APPLESAUCE; FRESH FRUIT; BISCUIT; MARGARINE; BEVERAGE | VEGAN HASH; MIXED VEGETABLES; LETTUCE SALAD; DRESSING; FRESH FRUIT; BISCUIT; MARGARINE; BEVERAGE |
| **DINNER** | 12 oz. VEGAN TOMATO CASS.; 1 oz. POTATO CHIPS; 6 oz. MASHED POTATOES; 4 oz. VEGAN GRAVY; 4 oz. PEAS; 1 C. LETTUCE; 1 C. DRESSING; 1 ea. FRESH FRUIT; 1 pc. BISCUIT; 1 ea. MARGARINE; 8 oz. BEVERAGE | 12 oz. VEGAN STEW; 1 med. FRESH POTATO; 4 oz. CARROTS; 1 C. LETTUCE; 1 C. DRESSING; 1 ea. FRESH FRUIT; 1 pc. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 12 oz. VEGAN FRIED RICE; 4 oz. FLORENTINE BLEND; 1 C. LETTUCE; 1 ea. DRESSING; 1 ea. FRESH FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 12 oz. RED BEANS & RICE; 4 oz. MIXED GREENS; 4 oz. CABBAGE SALAD; 1 C. LETTUCE SALAD; 1 ea. DRESSING; 1 pc. FRESH FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 1 ea. VEGAN PIZZA WRAP (recipe); 1 C. LETTUCE; 1 C. DRESSING; 4 oz. BROCCOLI; 1 pc. FRESH FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 12 oz. VEGAN GOULASH w/POTATOES; 1 C. LETTUCE; 1 C. DRESSING; 4 oz. APPLESAUCE; 1 ea. FRESH FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE | 12 oz. VEGAN SPAGHETTI; 4 oz. ITALIAN VEGETABLES; 1 C. LETTUCE SALAD; 4 oz. DRESSING; 1 pc. FRESH FRUIT; 1 ea. BISCUIT; 2 ea. MARGARINE; 8 oz. BEVERAGE |
| **1ST Q** | 2-Jul; 10-Sep | 3-Jul; 7-Aug; 11-Sep | 4-Jul; 8-Aug; 12-Sep | 5-Jul; 9-Aug; 13-Sep | 6-Jul; 10-Aug; 14-Sep | 7-Jul; 11-Aug; 15-Sep | 8-Jul; 12-Aug; 16-Sep |
| **2ND Q** | 15-Oct; 19-Nov; 24-Dec | 16-Oct; 20-Nov; 25-Dec | 17-Oct; 21-Nov; 26-Dec | 18-Oct; 22-Nov; 27-Dec | 19-Oct; 23-Nov; 28-Dec | 20-Oct; 24-Nov; 29-Dec | 21-Oct; 25-Nov; 30-Dec |
| **3RD Q** | 28-Jan; 4-Mar | 29-Jan; 5-Mar | 30-Jan; 6-Mar | 31-Jan; 7-Mar | 1-Feb; 8-Mar | 2-Feb; 9-Mar | 3-Feb; 10-Mar |
| **4TH Q** | 8-Apr; 13-May; 17-Jun | 9-Apr; 14-May; 18-Jun | 10-Apr; 15-May; 19-Jun | 11-Apr; 16-May; 20-Jun | 12-Apr; 17-May; 21-Jun | 13-Apr; 18-May; 22-Jun | 14-Apr; 19-May; 23-Jun |

Menu is subject to change.

Suzann Griswold, RD/LDN

# ILLINOIS DEPARTMENT OF CORRECTIONS
## FOOD SERVICES
## VEGAN MENU

WEEK 5
MENU
FISCAL YEAR 07

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 4 oz. CANNED PEACHES<br>8 oz. HOT CEREAL<br>1 ea. BISCUIT<br>2 ea. JELLY<br>16 oz. SOY MILK | 4 oz. CANNED PEACHES<br>2oz/2oz COLD CEREAL<br>4 oz. FRIED GRITS<br>1 ea. SYRUP<br>2 oz. BISCUIT<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. VEGAN SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. SEAS. SOY CRUMBLES<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>8 oz. HOT CEREAL<br>4 oz. VEGAN SAUSAGE<br>1 ea. BISCUIT<br>2 ea. JELLY<br>2 ea. MARGARINE<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>2oz/2oz COLD CEREAL<br>4 oz. FRIED GRITS<br>1 ea. SYRUP<br>2 oz. VEGAN GRAVY<br>16 oz. SOY MILK | 8 oz. FRUIT JUICE<br>2oz/2oz COLD CEREAL<br>1 ea. BEETS & ONIONS<br>1 ea. BISCUIT<br>2 oz. VEGAN GRAVY<br>16 oz. SOY MILK |
| **L** | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU | LACTO OVO<br>SERVE MILK, BREAD, EGGS,<br>CHEESE AS REQUIRED<br>ON MASTER MENU |
| **DINNER** | 12 oz. SEAS. SOY CRUMBLES w/POTATOES<br>4 oz. PEAS<br>4 oz. GREEN BEANS<br>4 oz. APPLESAUCE<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGETARIAN BEANS CASSEROLE<br>4 oz. CARROTS<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN SLOPPY JOE<br>¼ C. FRENCH FRIES<br>4 oz. BROCCOLI<br>4 oz. FRESH FRUIT<br>1 C. CATSUP<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN CHILI<br>6 oz. RICE<br>6 oz. CORN<br>1 C. LETTUCE<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>2 pkg. CRACKERS<br>8 oz. BEVERAGE | 12 oz. VEGAN ENCHILADA CASSEROLE<br>6 oz. O'BRIEN HASH BROWNS<br>4 oz. MIXED VEGETABLES<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN STEW<br>4 oz. RICE<br>4 oz. BRAISED CABBAGE<br>1 C. LETTUCE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN SPAGHETTI w/MACARONI<br>4 oz. ITALIAN VEGS.<br>4 oz. CABBAGE SALAD<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE |

Additional dinner entrées (noted in columns):

| | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | 12 oz. VEGAN BURGER<br>4 oz. POTATO ROUNDS<br>4 oz. PEAS & CARROTS<br>1 pc. FRESH FRUIT<br>3/1 ea. CATSUP/MUSTARD<br>3 ea. PICKLE SLICES<br>8 oz. BEVERAGE | 12 oz. SEAS. SOY CRUMBLES w/MACARONI<br>4 oz. CABBAGE SALAD<br>4 oz. BEETS & ONIONS<br>1 ea. DRESSING<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 ea. MARGARINE<br>8 oz. BEVERAGE | 12 oz. VEGAN FRIED RICE<br>4 oz. FLORENTINE VEGS.<br>4 oz. CABBAGE SALAD<br>1 pc. FRESH FRUIT<br>1 ea. BISCUIT<br>2 oz. MARGARINE<br>8 oz. BEVERAGE |

| Day | 1st Q | 2nd Q | 3rd Q | 4th Q |
|---|---|---|---|---|
| SUNDAY | 2-Jul, 6-Aug, 10-Sep | 15-Oct, 19-Nov, 24-Dec | 28-Jan, 4-Mar | 8-Apr, 13-May, 17-Jun |
| MONDAY | 3-Jul, 7-Aug, 11-Sep | 16-Oct, 20-Nov, 25-Dec | 29-Jan, 5-Mar | 9-Apr, 14-May, 18-Jun |
| TUESDAY | 4-Jul, 8-Aug, 12-Sep | 17-Oct, 21-Nov, 26-Dec | 30-Jan, 6-Mar | 10-Apr, 15-May, 19-Jun |
| WEDNESDAY | 5-Jul, 9-Aug, 13-Sep | 18-Oct, 22-Nov, 27-Dec | 31-Jan, 7-Mar | 11-Apr, 16-May, 20-Jun |
| THURSDAY | 6-Jul, 10-Aug, 14-Sep | 19-Oct, 23-Nov, 28-Dec | 1-Feb, 8-Mar | 12-Apr, 17-May, 21-Jun |
| FRIDAY | 7-Jul, 11-Aug, 15-Sep | 20-Oct, 24-Nov, 29-Dec | 2-Feb, 9-Mar | 13-Apr, 18-May, 22-Jun |
| SATURDAY | 8-Jul, 12-Aug, 16-Sep | 21-Oct, 25-Nov, 30-Dec | 3-Feb, 10-Mar | 14-Apr, 19-May, 23-Jun |

Menu is subject to change.

Suzann Griswold, RD/LDN